United States Bankruptcy Court

Northern District of Texas

In re:                                                                     Case No. 26-42189-mxm

Molly Meredith Brown                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                         User: admin                                    Page 1 of 2

Date Rcvd: Jul 06, 2026                      Form ID: ntcabuse                              Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Molly Meredith Brown, 2149 Anderson Gibson Road Apt 1224, Grapevine, TX 76051-2223 |
| 23361692 | | American Honda Finance, PO Box 16812, Irving, TX 75016 |
| 23361696 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23361698 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23361704 | | Linebarger Goggan Blair & Sampson, LLP, 1101 W 120th Ave. Suite 215, Broomfield, CO 80021 |
| 23361706 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23361709 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23361691 | + | Email/Text: bncnotifications@pheaa.org | Jul 07 2026 00:08:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 23361693 | ^ | MEBN | Jul 07 2026 00:04:12 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23361695 | | Email/Text: billingquestions@bswhealth.org | Jul 07 2026 00:09:34 | Baylor Scott & White, PO Box 1259 Dept. 128575, Oaks, PA 19456 |
| 23361694 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 07 2026 00:08:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 23361697 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 00:13:33 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 23361699 | + | Email/Text: mrdiscen@discover.com | Jul 07 2026 00:08:00 | Discover, PO Box 71242, Charlotte, NC 28272-1242 |
| 23361700 | + | Email/PDF: bknotices@summitcreditunion.com | Jul 07 2026 00:13:50 | EECU, PO Box 37035, Boone, IA 50037-0035 |
| 23361702 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2026 00:09:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23361703 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 00:09:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23361705 | + | Email/Text: emccain@pbfcm.com | Jul 07 2026 00:09:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23361708 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 00:13:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 23361707 | | Email/Text: pacer@cpa.state.tx.us | Jul 07 2026 00:09:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23361710 | + | Email/Text: bcd@oag.texas.gov | Jul 07 2026 00:08:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23361711 | + | Email/Text: collections.pacer@twc.texas.gov | | |

District/off: 0539-4                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 06, 2026                       Form ID: ntcabuse                              Total Noticed: 23

| | | | |
|---|---|---|---|
| | | Jul 07 2026 00:09:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23361712 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 07 2026 00:09:00 | U.S Department Of Education, PO Box 2837, Portland, OR 97208-2837 |
| 23361713 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Jul 07 2026 00:09:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23361701 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Molly Meredith Brown clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

Form ntcabuse

## UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.:  26−42189−mxm7
Chapter:  7
Judge:  Mark X. Mullin

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Molly Meredith Brown
   2149 Anderson Gibson Road Apt 1224
   Grapevine, TX 76051

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3015

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Young, Elizabeth)

Dated: 7/6/26

United States Trustee