United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-42189-mxm

Molly Meredith Brown Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2

Date Rcvd: Aug 28, 2026 Form ID: 318 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Molly Meredith Brown, 2149 Anderson Gibson Road Apt 1224, Grapevine, TX 76051-2223 |
| 23361692 | | American Honda Finance, PO Box 16812, Irving, TX 75016 |
| 23361698 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23361704 | | Linebarger Goggan Blair & Sampson, LLP, 1101 W 120th Ave. Suite 215, Broomfield, CO 80021 |
| 23361706 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23361709 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Aug 29 2026 02:30:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | + | Email/Text: HondaBKNotices@NationalBankruptcy.com | Aug 28 2026 22:39:00 | American Honda Finance Corporation, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 23361691 | + | Email/Text: bncnotifications@pheaa.org | Aug 28 2026 22:39:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 23361693 | ^ | MEBN | Aug 28 2026 22:34:06 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23361695 | | Email/Text: billingquestions@bswhealth.org | Aug 28 2026 22:39:25 | Baylor Scott & White, PO Box 1259 Dept. 128575, Oaks, PA 19456 |
| 23361694 | + | EDI: BANKAMER | Aug 29 2026 02:29:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 23361696 | + | Email/Text: ljalovec@belaw.com | Aug 28 2026 22:39:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23361697 | + | EDI: JPMORGANCHASE | Aug 29 2026 02:29:00 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 23361699 | + | EDI: DISCOVER | Aug 29 2026 02:30:00 | Discover, PO Box 71242, Charlotte, NC 28272-1242 |
| 23361700 | + | Email/PDF: bknotices@summitcreditunion.com | Aug 28 2026 22:44:32 | EECU, PO Box 37035, Boone, IA 50037-0035 |
| 23361702 | + | EDI: IRS.COM | Aug 29 2026 02:30:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23361703 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 28 2026 22:40:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23361705 | + | Email/Text: emccain@pbfcm.com | Aug 28 2026 22:39:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23361708 | | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 29 2026 02:30:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 23361707 | | Email/Text: pacer@cpa.state.tx.us | Aug 28 2026 22:40:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23361710 | + | Email/Text: bcd@oag.texas.gov | Aug 28 2026 22:39:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23361711 | + | Email/Text: collections.pacer@twc.texas.gov | Aug 28 2026 22:40:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23361712 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 28 2026 22:40:00 | U.S Department Of Education, PO Box 2837, Portland, OR 97208-2837 |
| 23361713 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 28 2026 22:39:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23361701 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Molly Meredith Brown clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Shelby Leigh Mashigian | on behalf of Creditor American Honda Finance Corporation shelby.mashigian@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Molly Meredith Brown<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3015 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–42189–mxm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Molly Meredith Brown

8/28/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**